UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Eric Hall Creech**                                     **Docket No. 5:21-CR-59-1BO**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Hall Creech, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 19, 2022, to the custody of the Bureau of Prisons for a term of 52 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of three (3) years.

Eric Hall Creech was released from custody on January 31, 2025, at which time the term of supervised release commenced.

On February 7, 2025, the court approved a Petition for Action adding substance abuse treatment and a warrantless search condition, based on the defendant's history of substance use and firearm possession. On March 5, 2025, the court agreed to continue the defendant on supervision after he tested positive for methamphetamines.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 13, 2025, the defendant submitted to urinalysis that returned positive for methamphetamine. Prior to the test, Creech admitted that he used methamphetamine. The defendant has engaged in group counseling and continues to participate in the probation office's substance use testing program. To address the defendant's noncompliance, the probation office is recommending the defendant's movements within the community be minimized for 30 days by placing him on a curfew with location monitoring technology. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgrnent shall remain in full force and effect.

Eric Hall Creech
Docket No. 5:21-CR-59-1BO
Petition for Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: March 28, 2025

### ORDER OF THE COURT

Considered and ordered this __10__ day of __April__, 2025, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge